GARY M. RESTAINO
United States Attorney
District of Arizona

ALEXANDER W. SAMUELS
Assistant U.S. Attorney
Arizona State Bar No. 028926
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: alexander.samuels@usdoj.gov
Attorneys for Plaintiff

```
                    FILED         LODGED
                    RECEIVED      COPY

                    MAY 03 2022

                 CLERK U S DISTRICT COURT
                   DISTRICT OF ARIZONA
                 BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.  CR-22-08039-PCT-MTL (ESW) |
|---|---|
| Plaintiff, | **REDACTED INDICTMENT** |
| vs. | VIO:  18 U.S.C. §§ 7, 2244(a)(3), 2246, and 2247<br>(Abusive Sexual Contact of a Child)<br>Count 1 |
| Gary Silva, | 18 U.S.C. §§ 7, 2244(b), 2246, and 2247<br>(Abusive Sexual Contact Without Permission)<br>Counts 2-5 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Between on or about May 1, 2021, and August 8, 2021, in the District of Arizona, within the confines of Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant GARY SILVA, did knowingly engage in a sexual contact with the victim, Jane Doe, a child who had attained the age of 12 but had not attained the age of 16 and who was at least 4 years younger than the defendant. The sexual contact involved intentional touching, through the clothing, of the defendant's genitalia by the victim, with an intent to abuse, humiliate, harass, and

degrade the victim, and arouse and gratify the sexual desire of any person, and is specifically alleged to be the first time this occurred. The offense occurred after the defendant was convicted of a prior sex offense, to wit: Abusive Sexual Contact, in violation of 18 U.S.C. § 2244(b), in 2004.

In violation of Title 18, United States Code, Sections 7, 2244(a)(3), 2246, and 2247.

## COUNT 2

Between on or about May 1, 2021, and March 9, 2022, in the District of Arizona, within the confines of Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant GARY SILVA, did knowingly engage in a sexual contact with the victim, Jane Doe, without the victim's permission. The sexual contact involved intentional touching, through the clothing, of the defendant's genitalia by the victim, with an intent to abuse, humiliate, harass, and degrade the victim, and arouse and gratify the sexual desire of any person, and is specifically alleged to be the first time this occurred. The offense occurred after the defendant was convicted of a prior sex offense, to wit: Abusive Sexual Contact, in violation of 18 U.S.C. § 2244(b), in 2004.

In violation of Title 18, United States Code, Sections 7, 2244(b), 2246, and 2247.

## COUNT 3

Between on or about May 1, 2021, and March 9, 2022, in the District of Arizona, within the confines of Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant GARY SILVA, did knowingly engage in a sexual contact with the victim, Jane Doe, without the victim's permission. The sexual contact involved intentional touching, through the clothing, of the victim's buttocks by the defendant, with an intent to abuse, humiliate, harass, and degrade the victim, and arouse and gratify the sexual desire of any person. The offense occurred after the defendant was convicted of a prior sex offense, to wit: Abusive Sexual Contact, in violation of 18 U.S.C. § 2244(b), in 2004.

In violation of Title 18, United States Code, Sections 7, 2244(b), 2246, and 2247.

## COUNT 4

Between on or about May 1, 2021, and March 9, 2022, in the District of Arizona, within the confines of Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant GARY SILVA, did knowingly engage in a sexual contact with the victim, Jane Doe, without the victim's permission. The sexual contact involved intentional touching, through the clothing, of the defendant's genitalia by the victim, with an intent to abuse, humiliate, harass, and degrade the victim, and arouse and gratify the sexual desire of any person, and is specifically alleged to be the last time this occurred. The offense occurred after the defendant was convicted of a prior sex offense, to wit: Abusive Sexual Contact, in violation of 18 U.S.C. § 2244(b), in 2004.

In violation of Title 18, United States Code, Sections 7, 2244(b), 2246, and 2247.

## COUNT 5

Between on or about May 1, 2021, and March 9, 2022, in the District of Arizona, within the confines of Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant GARY SILVA, did knowingly engage in a sexual contact with the victim, Jane Doe, without the victim's permission. The sexual contact involved intentional touching, through the clothing, of the victim's anus by the defendant, with an intent to abuse, humiliate, harass, and degrade the victim, and arouse and gratify the sexual desire of any person. The offense occurred after the defendant was convicted of a prior sex offense, to wit: Abusive Sexual Contact, in violation of 18 U.S.C. § 2244(b), in 2004.

//
//
//
//

1 | In violation of Title 18, United States Code, Sections 7, 2244(b), 2246, and 2247.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date:  May 3, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/*
ALEXANDER W. SAMUELS
Assistant U.S. Attorney